Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
MAY 03 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:    CLERK, U.S. BANKRUPTCY COURT

Re:    UNDISTRIBUTED FUNDS

Debtor:    MOUNA F SAADE
8546 MELVIN AVENUE
NORTHRIDGE, CA 91324

Case No.:    SV07-12948-MT

<u>Explanation</u> <u>of</u> <u>Source</u>:    Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| MOUNA F SAADE<br>8546 MELVIN AVENUE<br>NORTHRIDGE, CA 91324 | $42.03 |

Dated: April 29, 2011    _Elizabeth J Rojas_
                         Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.: 0829693
Check Date: 04/21/2011
Check Amt: 42.03

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0712948 | Claim #: 00000 | MOUNA F SAADE | | 0.00 | 0.00 | 42.03 | 42.03 |
| | | TOTALS | | 0.00 | 0.00 | 42.03 | 42.03 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Apr 21, 2011
CHECK NO.: 0829693

CHECK AMOUNT
$**********42.03
VOID AFTER 60 DAYS

SAADE, MOUNA F

Case No: 0712948

PAY ONLY  42.03
FOUR TWO PERIOD ZERO THREE

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $42.03    Elizabeth F Rojas

⑆0829693⑆ ⑈122044300⑈ 001 1115 80⑈